# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CAPRONI, VALERIE E. | SOUTHERN DISTRICT OF NEW YORK | 06/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

40 FOLEY SQUARE, ROOM 240
NEW YORK, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PRESIDENT OF RESIDENTIAL COOPERATIVE BOARD | RESIDENTIAL COOP, NEW YORK, NY |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 06/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 06/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. --APPLE INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 3. --CISCO SYSTEMS INC. COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 12/28/18 | J | | |
| 4. --CLEAN ENERGY FUELS COMMON STOCK | | None | J | T | Buy (add'l) | 06/22/18 | J | | |
| 5. --WALT DISNEY CO. COMMON STOCK | A | Dividend | L | T | | | | | |
| 6. --EXPRESS SCRIPTS HOLDING CO. COMMON STOCK | | None | | | Buy (add'l) | 06/26/18 | J | | |
| 7. | | | | | Sold | 12/20/18 | J | D | |
| 8. --CIGNA CORP(X) | A | Distribution | K | T | | | | | |
| 9. --FORD MOTOR CO. (NEW) COMMON STOCK | A | Dividend | J | T | Sold (part) | 07/23/18 | J | | |
| 10. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 11. | | | | | Buy (add'l) | 08/30/18 | J | | |
| 12. --GAP INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. --INTEL CORP. COMMON STOCK | B | Dividend | K | T | | | | | |
| 14. --KRAFT HEINZ CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 15. --MERCK & CO. COMMON STOCK | B | Dividend | L | T | | | | | |
| 16. --MONDELEZ INTERNATIONAL CLASS A COMMON STOCK | A | Dividend | J | T | | | | | |
| 17. --PFIZER COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 04/02/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 06/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 19. --SYNOVUS FINANCIAL CORP. (NEW) COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 05/14/18 | J | | |
| 20. --VANGUARD INTERMEDIATE TERM TAX EXEMPT FUND | A | Dividend | K | T | | | | | |
| 21. --USAA INCOME FUND | A | Dividend | J | T | Buy | 10/26/18 | J | | |
| 22. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 23. --SCHWAB VALUE ADVANTAGE MONEY FUND | A | Dividend | J | T | Buy | 07/24/18 | J | | |
| 24. | | | | | Sold (part) | 09/07/18 | J | | |
| 25. | | | | | Sold (part) | 10/25/18 | J | | |
| 26. | | | | | Sold (part) | 11/15/18 | J | | |
| 27. --VANGUARD SHORT TERM INVESTMENT GRADE FUND | A | Dividend | J | T | | | | | |
| 28. --GABELLI SMALL CAP GROWTH FUND | B | Dividend | K | T | Buy (add'l) | 01/05/18 | J | | |
| 29. | | | | | Buy (add'l) | 02/05/18 | J | | |
| 30. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 31. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 32. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 33. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 34. | | | | | Buy (add'l) | 07/05/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 06/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --LAUDUS INTERNATIONAL MARKETMASTERS FUND | D | Dividend | L | T | | | | | |
| 36. SCHWAB FUNDAMENTAL US SMALL CO. INDEX | A | Dividend | J | T | Buy | 07/23/18 | J | | |
| 37. | | | | | Buy (add'l) | 08/06/18 | J | | |
| 38. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 39. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 40. --SCHWAB 1000 INDEX FUND | D | Dividend | M | T | Buy (add'l) | 06/05/18 | J | | |
| 41. | | | | | Buy (add'l) | 07/05/18 | J | | |
| 42. --SCHWAB INTERNATIONAL INDEX FUND | A | Dividend | J | T | | | | | |
| 43. SCHWAB BANK DEPOSIT ACCOUNT | A | Interest | K | T | | | | | |
| 44. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 45. --FIDELITY GOVERNMENT MONEY MARKET FUND (X) | A | Dividend | K | T | | | | | |
| 46. --NORTHROP GRUMMAN COMMON STOCK | E | Dividend | P1 | T | Sold (part) | 01/09/18 | K | E | |
| 47. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 48. --FIDELITY MONEY MARKET | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 49. --BLACKROCK ADVANTAGE GLOBAL FUND INSTITUTIONAL SHARES | | | | | Sold | 07/23/18 | K | | |
| 50. --BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | K | T | Buy | 07/23/18 | K | | |
| 51. --VANGUARD EXTENDED MARKET INDEX FUND ETF SHARES | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 06/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --VANGUARD FTSE ALL-WORLD EX-US INDEX FUND ADMIRAL SHARES | A | Dividend | K | T | | | | | |
| 53. --WISDOM TREE EMERGING MARKETS HIGH DIVIDEND FUND | B | Dividend | K | T | | | | | |
| 54. --WISDOM TREE EMERGING MARKETS SMALL-CAP DIVIDEND FUND | A | Dividend | K | T | | | | | |
| 55. --BROKERAGE BANK SWEEP ACCOUNT AT GOLDMAN SACHS BANK (X) | A | Int./Div. | J | T | | | | | |
| 56. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 57. --BROKERAGE BANK SWEEP ACCOUNT AT GOLDMAN SACHS BANK (X) | A | Int./Div. | L | T | | | | | |
| 58. --AQR MANAGED FUTURES STRATEGY FUND | | None | J | T | | | | | |
| 59. --AMERICAN FUNDS DEVELOPING WORLD GROWTH AND INCOME FUND | A | Dividend | K | T | | | | | |
| 60. --AMERICAN FUNDS CAPITAL INCOME BUILDER | B | Dividend | L | T | | | | | |
| 61. --AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME | C | Dividend | L | T | | | | | |
| 62. --AMERICAN FUNDS GLOBAL BALANCED | B | Dividend | L | T | | | | | |
| 63. --AMERICAN FUNDS NEW PERSPECTIVE | C | Dividend | L | T | | | | | |
| 64. --AMERICAN FUNDS SMALL-CAP WORLD | C | Dividend | K | T | | | | | |
| 65. --ARBITRAGE FUND (ARBNX) | A | Dividend | K | T | | | | | |
| 66. --BLACKROCK GLOBAL ALLOCATION FUND | B | Dividend | K | T | | | | | |
| 67. --BLACKROCK MULTI-ASSET INCOME PORTFOLIO | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 06/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. --BOSTON PARTNERS LONG/SHORT RESEARCH FUND | B | Dividend | K | T | | | | | |
| 69. --DFA EMERGING MARKETS VALUE PORTFOLIO | B | Dividend | K | T | | | | | |
| 70. --DFA INTERNATIONAL SMALL-CAP VALUE PORTFOLIO | B | Dividend | K | T | Buy | 07/23/18 | L | | |
| 71. --FIDELITY NEW MARKETS INCOME FUND | B | Dividend | K | T | | | | | |
| 72. --FPA CRESCENT FUND | C | Dividend | K | T | | | | | |
| 73. --GABELLI SMALL-CAP GROWTH FUND | C | Dividend | L | T | | | | | |
| 74. --GATEWAY FUND | A | Dividend | K | T | | | | | |
| 75. --JOHN HANCOCK FUNDS DISCIPLINED VALUE FUND | C | Dividend | K | T | | | | | |
| 76. --JPMORGAN INCOME BUILDER FUND SELECT CLASS | B | Dividend | K | T | | | | | |
| 77. --JPMORGAN LARGE-CAP GROWTH FUND SELECT CLASS | D | Dividend | L | T | | | | | |
| 78. --LAUDUS INTERNATIONAL MARKETMASTERS FUND | D | Dividend | L | T | | | | | |
| 79. --NATIXIS ASG MANAGED FUTURES STRATEGY FUND | A | Dividend | J | T | | | | | |
| 80. --PIMCO ALL ASSET ALL AUTHORITY FUND INSTITUTIONAL CLASS | B | Dividend | K | T | | | | | |
| 81. --PRINCIPAL GLOBAL DIVERSIFIED INCOME FUND | B | Dividend | K | T | | | | | |
| 82. --PGIM ABSOLUTE RETURN BOND Z (X) | A | Dividend | K | T | | | | | |
| 83. --PGIM GLOBAL REAL ESTATE (X) | A | Dividend | K | T | | | | | |
| 84. --PGIM JENNISON NATURAL RESOURCES FUND (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 06/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. --PGIM SHORT DURATION HIGH-YIELD INCOME FUND (X) | B | Dividend | K | T | | | | | |
| 86. --HARTFORD SCHRODER EMERGING MARKETS EQUITY FUND | A | Dividend | L | T | | | | | |
| 87. --HARTFORD SCHRODER INTERNATIONAL MULTI-CAP VALUE FUND | B | Dividend | K | T | | | | | |
| 88. --TEMPLETON GLOBAL TOTAL RETURN FUND | B | Dividend | K | T | | | | | |
| 89. --VAN ECK GLOBAL HARD ASSETS FUND | A | Dividend | J | T | | | | | |
| 90. --VAN ECK UNCONSTRAINED EMERGING MARKETS BOND FUND | B | Dividend | K | T | | | | | |
| 91. --VANGUARD MARKET NEUTRAL FUND | A | Dividend | K | T | | | | | |
| 92. --VANGUARD SMALL-CAP VALUE INDEX FUND | A | Dividend | K | T | | | | | |
| 93. --WISDOM TREE EMERGING MARKETS SMALL-CAP DIVIDEND FUND | A | Dividend | K | T | | | | | |
| 94. --WISDOM TREE EMERGING MARKETS HIGH DIVIDEND FUND (X) | B | Dividend | K | T | | | | | |
| 95. JPMORGAN CHASE CASH ACCOUNTS | A | Interest | J | T | | | | | |
| 96. CITIBANK CASH ACCOUNTS | B | Interest | L | T | | | | | |
| 97. US SAVINGS BONDS | | None | K | T | | | | | |
| 98. 401K#1 | | | | | | | | | |
| 99. --NORTHROP GRUMMAN US FIXED INCOME FUND | | None | J | T | Sold (part) | 07/24/18 | J | | |
| 100. --NORTHROP GRUMMAN INTERNATIONAL EQUITY FUND | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 06/08/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. --NORTHROP GRUMMAN EMERGING MARKETS EQUITY FUND | | None | J | T | | | | | |
| 102. --NORTHROP GRUMMAN SMALL CAP FUND | | None | J | T | Buy | 07/24/18 | J | | |
| 103. NATIONAL LIFE INSURANCE WHOLE LIFE POLICIES | | None | K | T | | | | | |
| 104. 529 COLLEGE SAVINGS ACCOUNT | | | | | | | | | |
| 105. --FIDELITY NH PORTFOLIO 2033 | | None | J | T | Buy (add'l) | 03/20/18 | J | | |
| 106. | | | | | Buy (add'l) | 05/21/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 06/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 8: CIGNA AND EXPRESS SCRIPTS MERGED. CIGNA WAS THE SURVIVING COMPANY. I ACQUIRED THE REPORTED SHARES AS A RESULT.

PART VII, LINE 23: THIS FUND WAS PREVIOUSLY MISIDENTIFIED AS SCHWAB VALUE ADVANTAGE.

PART VII, LINE 45: THE SWEEP ACCOUNT ASSOCIATED WITH THIS BROKERAGE ACCOUNT WAS CHANGED TO THE FIDELITY GOVERNMENT MONEY MARKET FUND.

PART VII, LINE 55 AND 57: THE INVESTMENT MANAGER FOR THOSE TWO ACCOUNTS CHANGED THE BANK IN WHICH SWEEP ACCOUNTS ARE HELD.

PART VII, LINES 82-85: THESE WERE PREVIOUSLY REPORTED AS "PRUDENTIAL" FUNDS. THE FUND FAMILY CHANGED ITS NAME TO "PGIM".

PART VII, LINE 94: THIS FUND WAS PREVIOUSLY MISIDENTIFIED AS WISDOM TREE EMERGING HIGH DIVIDEND FUND.

PART VII, LINES 98-1020-93: THIS ACCOUNT HOLDS PROPRIETARY FUNDS ESTABLISHED AND MANAGED BY NORTHROP GRUMMAN CORP. FOR THE BENEFIT OF ITS CURRENT AND FORMER EMPLOYEES' 401(K) PLANS. THE FUNDS ARE NOT PUBLICLY TRADED. PLEASE NOTE THAT FUND MANAGER DOES NOT REPORT DISTRIBUTIONS BUT ONLY THE VALUE OF THE HOLDING AT THE END OF THE REPORTING PERIOD. CHANGES IN VALUE AS A RESULT OF DISTRIBUTIONS ARE NOT SEPARATED FROM CAPITAL APPRECIATION.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ VALERIE E. CAPRONI**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544